# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:14-CR-00348-01-BCW |
| ) | |
| JORDAN C. DAVIS, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Before the Court is Magistrate Judge Sarah W. Hays's Report and Recommendation (Doc. #36) denying Defendant's Motion to Suppress Illegally Obtained Evidence and Statements (Doc. #22). Defendant filed objections (Doc. #38) to the Report and Recommendation. After an independent review of the record, the applicable law, and the parties' arguments, the Court adopts Magistrate Judge Hays's findings of fact and conclusions of law. Accordingly, it is hereby

ORDERED, for the reasons stated in the Report and Recommendation (Doc. #36), Defendant's Motion to Suppress Illegally Obtained Evidence and Statements (Doc. #22) is DENIED. It is further

ORDERED that Magistrate Judge Hays's Report and Recommendation be attached to and made part of this Order.

IT IS SO ORDERED.

DATED: June 9, 2015          /s/ Brian C. Wimes
                                                       JUDGE BRIAN C. WIMES
                                                       UNITED STATES DISTRICT COURT